# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD A. SLAVEN,<br><br>      Petitioner,<br><br>    v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br>      Respondent. | Case No.: 1:20-cv-00606-AWI-JLT (HC)<br><br>ORDER CONSTRUING OBJECTIONS IN PART AS MOTION TO AMEND TO NAME PROPER RESPONDENT<br><br>ORDER GRANTING MOTION TO AMEND AND DIRECTING CLERK OF COURT TO CHANGE NAME OF RESPONDENT |

In the findings and recommendation, the Court noted that the Petitioner failed to name the proper respondent. (Doc. 7 at 2.) In his objections to the findings and recommendation, Petitioner states that he mistakenly named the wrong respondent and names C. Pfeiffer, who is the Warden at Kern Valley State Prison. (Doc. 8 at 1.) The Court will construe this as a motion to amend to name the proper respondent and grant the motion. Because it appears Warden C. Pfeiffer is a proper party (Rule 2(a) of the Rules Governing § 2254 Cases; Ortiz-Sandoval v. Gomez, 81 F.3d 891, 894 (9th Cir. 1996); Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994)), the Clerk of Court is DIRECTED to change the name of the Respondent to C. Pfeiffer, Warden.

IT IS SO ORDERED.

    Dated: **July 1, 2020**            **/s/ Jennifer L. Thurston**
                                                 UNITED STATES MAGISTRATE JUDGE