# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD A. SLAVEN,<br><br>            Petitioner,<br><br>    v.<br><br>C. PFEIFFER, Warden,<br><br>            Respondent. | No.  1:20-cv-00606-AWI-JLT (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. No. 18)<br><br>ORDER DENYING RESPONDENT'S MOTION TO DISMISS (Doc. No. 15) |

Petitioner is a state prisoner proceeding in propria persona with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On November 16, 2020, the magistrate judge assigned to this case issued Findings and Recommendations denying Respondent's motion to dismiss and directing Petitioner to file an amended petition related only to his claim for ineffective assistance of counsel and to demonstrate exhaustion, and that all other claims be dismissed.  Doc. No. 18.  This Findings and Recommendations were served upon all parties and contained notice that any objections were to be filed within twenty-one days from the date of service of that order.  Id. at 4.  To date, no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), the Court has conducted a de novo review of the case.  Having carefully reviewed the entire file, the Court concludes that the magistrate judge's Findings and Recommendations are supported by the record and proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations that were issued on November 16, 2020 (Doc. No. 18), are ADOPTED in full;
2. Respondent's motion to dismiss (Doc. No. 15) is DENIED;
3. Within thirty days, Petitioner shall FILE an amended petition related only to his claim for ineffective assistance of counsel and demonstrate exhaustion; and
4. All of Petitioner's claims except for his claim for ineffective assistance of counsel are DISMISSED.

IT IS SO ORDERED.

Dated: __December 28, 2020__               _____
                                                                    SENIOR  DISTRICT  JUDGE

2